UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES MOORE, individually and on behalf of all others similarly situated,

    Plaintiff,

v.    Case No. 3:21-cv-707-MMH-PDB

EHEALTHINSURANCE SERVICES, INC.,

    Defendant.

## O R D E R

**THIS CAUSE** is before the Court on the Notice of Settlement (Dkt. No. 27; Notice) filed on October 27, 2021. In the Notice, Plaintiff advises the Court that the parties have reached a settlement in this matter. See Notice at 1. Accordingly, it is hereby

**ORDERED:**

1. The parties shall have until **December 27, 2021**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for additional time by the **December 27, 2021**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 28th day of October, 2021.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record